# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 21-20747 |
| v. | Hon. Terrence G. Berg |
| D-5 PERISE JAAMAR SMITH, | Violation: |
| Defendant. | 21 U.S.C. §§ 846, 841(a) |
| _____/ | |

## Third Superseding Information

The United States Attorney charges that:

### Count One
### Conspiracy to Possess with Intent to Distribute and To Distribute a Controlled Substance
### 21 U.S.C. §§ 846 & 841(a)(1)

From in or around February 2019 through on or about December 14, 2021, in the Eastern District of Michigan, and elsewhere, the defendant, Perise Jaamar Smith, knowingly and intentionally combined, conspired, confederated, and agreed with Cesar Matia Garcia, Kyle Alan Kennard, Leo Bradley Todd, Corderalla Piera Campbell, Marcos Antonio

Monarrez, Ismael Rodriguez, and with other persons known and unknown to the United States Attorney, to possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Sections 846 and 841(a)(1).

With respect to the defendant, Perise Jaamar Smith, the controlled substance involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is 40 grams or more of a mixture or substance containing a detectable amount of fentanyl, in violation of Title 21, United States Code, Section 841(b)(1)(B)(vi).

## **Forfeiture Allegations**

The allegations contained in this Third Superseding Information are hereby realleged and incorporated by reference for the purpose of alleging forfeiture under Title 21, United States Code, Section 853.

Under Title 21, United States Code, Section 853, upon conviction of an offense in violation of Title 21, United States Code, Sections 846 and 841(a)(1), the defendant shall forfeit to the United States any property constituting, or derived from, any proceeds obtained, directly or

2

indirectly, as the result of such offenses and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offenses.

As part of the forfeiture in this case, the United States intends to seek entry of a forfeiture money judgment.

If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property under Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

JEROME F. GORGON JR.
United States Attorney

_____
Thomas Franzinger,
Chief, Organized Crime Unit


_____
Margaret M. Smith,
Assistant United States Attorney

Dated: November 14, 2025

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | Case Number<br>21-cr-20747 |
|---|---|---|

**NOTE:** It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | **Judge Assigned:** |
| ☐ Yes    ☒ No | AUSA's Initials:  s/MS |

**Case Title:** USA v.  D-5 PERISE JAAMAR SMITH

**County where offense occurred :**  Wayne

**Check One:**    ☒ Felony    ☐ Misdemeanor    ☐ Petty

```
____Indictment/____Information --- no prior complaint.
____Indictment/____Information --- based upon prior complaint [Case number:              ]
____Indictment/ ✓ Information --- based upon LCrR 57.10 (d) [Complete Superseding section below].
```

**Superseding Case Information**

**Superseding to Case No:** 21-cr-20747          **Judge:** Terrence G. Berg

☐ Corrects errors; no additional charges or defendants.
☒ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

November 14, 2025
Date

s/Margaret Smith
Margaret Smith
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone: 313-226-9135
E-Mail address: Margaret.Smith@usdoj.gov
Attorney Bar #: P71413

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.